AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:21-mj-00173 |
| RENE RUIZ MORALES | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 20, 2021** in the county of **Washington** in the District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) |

This criminal complaint is based on these facts:

See the attached affidavit of DEA Special Agent Brad Dixon

☑ Continued on the attached sheet.

/s/ Signed by telephone
*Complainant's signature*

BRAD DIXON, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **8:59 a.m.**/p.m.

Date: _____

[signature]
HONORABLE JOHN V. ACOSTA
United States Magistrate Judge
*Judge's signature*

City and state: Portland, Oregon    JOHN V. ACOSTA, U.S. Magistrate Judge
*Printed name and title*